IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOE HAND PROMOTIONS, INC., <br> As Broadcast Licensee of the May 23, <br> 2009 UFC 98: Evans v. Machida Event | § <br> § <br> § | |
| Plaintiff. | § <br> § | |
| Vs. | § <br> § <br> § | Civil Action No 3:11-cv-01063-G |
| INITIATIVE PARTNERS, LLC, <br> Individually and D/B/A LOST SOCIETY <br> and D/B/A THE LOST SOCIETY; and <br> FERNANDO ROSALES, Individually <br> and D/B/A LOST SOCIETY and D/B/A <br> THE LOST SOCIETY | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | |
| Defendants. | | |

## DEFENDANTS' ORIGINAL ANSWER

Initiative Partners, LLC, Individually And D/B/A Lost Society And D/B/A The Lost Society; And Fernando Rosales, Individually And D/B/A Lost Society And D/B/A The Lost Society, Defendants, file Defendants' Original Answer to Original Complaint and shows:

1. *General Denial*

Defendant denies each and every allegation of Plaintiff's Original Complaint, and demands strict proof thereof as required by the Federal Rules of Civil Procedure..

3. *Prayer*

Defendants pray that Petitioner take nothing and that Defendants be granted all relief

requested in this Original Answer.

Defendants also pray for attorney's fees, expenses, costs, and interest as requested above.

Defendants pray for general relief.

Respectfully submitted,

By: *Fernando Rosales*

### Certificate of Service

I certify that a true copy of the above was served on each attorney of record or party in accordance with the Texas Rules of Civil Procedure on June 28,, 2010

*Fernando Rosales*

DEFENDANTS' ORIGINAL ANSWER                                                                 -2-